IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

STEVEN J. CAMPBELL                                                                                      PLAINTIFF

v.                                              No. 6:14-CV-06135

JASON WATSON, Sheriff; LARRY CAIN,
Jail Administrator, Clark County Detention
Center; JAMES LANGLEY; and BEN CHANDLER                                          DEFENDANTS

## ORDER

The Court has received a report and recommendations (Doc. 47) from Chief United States Magistrate Judge Barry A. Bryant. No objections have been filed and the deadline to file objections has passed. The Magistrate Judge recommends the Court grant in part and deny in part Defendants' motion (Doc. 41) for summary judgment. The Magistrate recommends that Plaintiff's official capacity claims and his claims against Defendant Jason Watson be dismissed with prejudice. The Magistrate further recommends that Plaintiff's claim for denial of medical care against Defendants Ben Chandler, James Langley, and Larry Cain remain pending. After careful review, the Court finds that the Magistrate's report contains no clear error and that the report and recommendations should be, and hereby is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendants motion for summary judgment (Doc. 41) is GRANTED IN PART and DENIED IN PART. The motion is GRANTED IN PART insofar as Plaintiff's official capacity claims and his claims against Sheriff Jason Watson in his individual capacity are DISMISSED WITH PREJUDICE. The motion is otherwise DENIED insofar as Plaintiff's claims for denial of medical care remain pending against the remaining Defendants in their individual capacities.

IT IS SO ORDERED this 30th day of January, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE