IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

STEVEN J. CAMPBELL                                                                                    PLAINTIFF

v.                                           No. 6:14-CV-06135

LARRY CAIN, Jail Administrator, Clark
County Detention Center; JAMES
LANGLEY; and BEN CHANDLER                                                                   DEFENDANTS

## ORDER

Before the Court is the parties' joint motion to dismiss with prejudice. (Doc. 53). The motion represents that Plaintiff has settled the matter with the remaining Defendants, and the parties are in agreement that it should be dismissed.

IT IS THEREFORE ORDERED that the motion (Doc. 53) is GRANTED, and this matter is DISMISSED WITH PREJUDICE,

IT IS SO ORDERED this 3rd day of August, 2017.

*/s/ P. K. Holmes,* III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE

1